UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

|  |  |  |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Barry Nicholas Butcher** | : | **Case No.:  16-11311** |
| | : | **Chapter 7** |
| **Debtor.** | : | **Chief Judge Robert E. Grant** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE)

The creditor, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company , hereby

moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay and

abandon from the estate the following real property:

> 7318  Kingsway Drive, Fort Wayne, IN 46819, (hereinafter the "Property").

In support of the motion, the Creditor states the following:

1.      Barry Nicholas Butcher (hereinafter "Debtor") filed a Chapter 7 case on June 22,

2016, (hereinafter the "Petition Date").

2.      As of the Petition Date, the Creditor was the holder of a claim secured by the

Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit

"A".

3.      The above described Mortgage was given to secure a promissory note,

(hereinafter the "Note"), dated August 28, 2002 and made payable to the Creditor in the original

sum of $71,850.00.  A copy of the Note is attached hereto as Exhibit "B".

4.      The Creditor perfected an interest in the Property, more particularly described in

the Mortgage, recorded in Allen County Recordings Office on September 9, 2002.  Evidence of

perfection is attached as Exhibit "A".

16-017252_ZTM

5.      As of July 1, 2016, the outstanding principal of the Note was $58,211.14 and the outstanding interest was $8,198.06.

6.      The Property is burdensome and/or of inconsequential value and benefit to the estate.  Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

a.      Debtor has no equity in the Property.  Creditor believes that the Property has a value of $71,700.00 based on the Auditor's tax record, which is attached hereto as Exhibit "C".  The balance on Creditor's first mortgage together with Debtor's claimed exemption in the amount of $19,300 exceeds the value of the Property.  Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

b.      The Creditor is not being adequately protected.  Per the Note and Mortgage, payments are applied to the last month due.  Based on the foregoing, Debtor has failed to make periodic payments to Creditor since June 1, 2014 through July 2016.

7.      The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed. Creditor, by counsel, further prays that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within **14 days** of the date of this notice.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> **Fort Wayne**
> 1300 South Harrison Street
> Room 1188
> Fort Wayne, IN  46802-3435

The objecting party must ensure delivery of the objection to the party filing the motion.  If an objection is NOT timely filed, the requested relief and abandonment may be granted.

2

16-017252_ZTM

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay

and abandoning the Property, and granting such other relief as appropriate.

Respectfully submitted,

/s/ Sarah E. Willms

Sarah E. Willms (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Daniel C. Wolters (0076521)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor
The case attorney for this file is Sarah E. Willms.
Contact email is sew@manleydeas.com

3

16-017252_ZTM

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from

Automatic Stay and Abandonment of Property and Notice of Objection Deadline with 30-Day

Waiver (First Mortgage) was served on the parties listed below via e-mail notification:

Nancy Gargula, One Michiana Square Building, Suite 555, 100 East Wayne Street, South Bend, IN 46601-2349, 574-236-8105

Dustin M. Roach, Van Gilder & Trzynka. P.C, 436 E. Wayne Street, Fort Wayne, IN  46802

Angelica N. Fuelling, Attorney for Barry Nicholas Butcher, 127 West Berry Street, Suite 1200, Fort Wayne, IN  46802, afuelling@tcrjlaw.com

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from

Automatic Stay and Abandonment of Property and Notice of Objection Deadline with 30-Day

Waiver (First Mortgage) was served on all parties listed on the attached creditor matrix via

regular U.S. Mail, postage prepaid on August  11, 2016.

/s/ Sarah E. Willms

4

16-017252_ZTM

Label Matrix for local noticing
0755-1
Case 16-11311-reg
Northern District of Indiana
Fort Wayne Division
Wed Aug 10 08:31:31 EDT 2016

AFNI, Inc.
P.O. Box 3517
Bloomington, IL 61702-3517

Allen County Treasurer
1 East Main Street Suite 104
Fort Wayne IN  46802-1888

Barb Butcher
9429 Dawson Rd.
Monroeville, IN 46773-9774

Bayview Mortgage Company
P.O. Box 650091
Dallas, TX 75265-0091

Barry Nicholas Butcher
304 Summit Street
Monroeville, IN 46773-9397

Enhanced Recovery Co
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Fort Wayne Pediatrics
3124 East State Blvd
Fort Wayne, IN 46805-4798

Angelica N. Fuelling
Tourkow Crell Rosenblatt & Johnston
127 West Berry Street, Suite 1200
Fort Wayne, IN 46802-2300

Nancy J. Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2394

Indiana Department of Revenue
Bankruptcy Section - MS 108
100 North Senate Avenue, N240
Indianapolis IN 46204-2231

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204-2201

(p)MIDWEST AMERICA FCU
801 E TILLMAN RD
FORT WAYNE IN 46816-1971

Dustin M. Roach
Van Gilder & Trzynka. P.C.
436 E. Wayne Street
Fort Wayne, IN 46802-2815

State Farm Financial Services
3 State Farm Plaza
Bloomington, IL 61791-0002

Sarah E. Willms
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Midwest America Federal Credit Union
1104 Medical Park Drive
Fort Wayne, IN 46825

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bayview Loan Servicing, LLC, a Delaware Li

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16